UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY COMBERREL** | * | **CIVIL ACTION NO. 2:23-CV-6480** |
| **VERSUS** | * | **JUDGE _____** |
| | * | |
| **STATE FARM FIRE &** | * | **MAGISTRATE JUDGE _____** |
| **CASUALTY COMPANY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

TO:  Honorable Judges of
     The United States District Court
     Eastern District of Louisiana

Defendant, **STATE FARM FIRE & CASUALTY COMPANY**, files this Notice of Removal pursuant to 28 U.S.C. § 1446.

1.

**STATE FARM** is defendant in an action filed in Jefferson Parish Court, which is styled Mary Comberrel v. State Farm Fire & Casualty Company, docket number 845-951.

2.

The Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332. Federal diversity jurisdiction exists over this case because, as set forth below, the amount in controversy, including penalties and attorney's fees, exceeds $75,000.00, and the citizenship of all named parties is diverse.

3.

Pursuant to 28 U.S.C. § 1446 (a), a complete copy of the record from the 24th Judicial District Court as of October 23, 2023 is attached as *Exhibit "A"*.

4.

Pursuant to 28 U.S.C. § 1446 (b), a copy of this Notice of Removal is being served on the Plaintiffs and filed with the 24th Judicial District Court, Jefferson Parish, Louisiana.

## Timely Removal

5.

Pursuant to 28 U.S.C. 1446, this case is being removed within 30 days after service on **STATE FARM** of a copy of the initial pleading through the Louisiana Secretary of State in accordance with 28 USC 1446(b) and 28 USC 1446(c)(1)-(3), and within 30 days of receipt of October 19, 2023 email correspondence from Plaintiff counsel that damages in this case are well in excess of $75,000.00.

6.

Specifically, the pleading was served by the East Baton Rouge Parish Sheriff's Office on State Farm through the Louisiana Secretary of State September 25, 2023. *See Exhibit "B"*. This removal is being filed within 30 days of service of the Petition on State Farm. Therefore, this removal is timely.

## Amount in Controversy

7.

Plaintiff specifically asserts that the property sustained significant damages to its exterior, interior and roof, allowing water to infiltrate the interior of the residence and other structures. In addition to the property damage, Plaintiff makes a claim for diminution of value, additional living expense, mental anguish and consequential damages, and for penalties and attorney's fees for alleged bad faith failure to timely pay amounts claimed to be due. *See Exhibit "A", p. 1-9.*

8.

State Farm estimated the loss at $9,120.21. *See Exhibit C*. After application of the $8,918.00 deductible and depreciation of $456.77, no payments were made on the claim. *See Exhibit C*.

9.

Because the case was not removable based on the face of the Pleadings, pursuant to *Mouton v. Meritplan Insurance Company,* 2010 WL 2978495 (E.D. La. July 20, 2010) , and *Moss v. Old Am. Cty. Mut. Fire Ins. Co.*, No. 20-CV-01182, 2021 WL 1743288 (W.D. La. Apr. 14, 2021), report and recommendation adopted, No. 20-CV-01182, 2021 WL 1740809 (W.D. La. May 3, 2021), State Farm requested whether Plaintiff and her counsel would stipulate that Plaintiff's damages do not exceed $75,000.00.

10.

On October 19, 2023, State Farm was advised by Combrelle counsel that they would not stipulate that damages do not exceed $75,000.00 as, according to Plaintiff, the contractual damages and extra contractual damages sought in this case will be well in excess of $75,000.00. *See Exhibit "D"*. This is a voluntary act of the Plaintiff which renders the case removable. *See Credeur v. York Claim Service,* 2013 WL 5935477 (W.D. La. 11/4/2013).

11.

The Coverage A limits in this case are $445,900.00[1], well in excess of $75,000.00. *See Exhibit "E"*.

12.

Based on the above, the amount in controversy exceeds the required amount for this court

---

[1] This limit does not include an increase for inflation.

to exercise jurisdiction over this matter.

## Diversity Jurisdiction Exists

13.

The Petition for Damages has alleged that **STATE FARM** is foreign insurance company authorized to do and doing business in the State of Louisiana. *See Exhibit "A", p. 1*.

14.

**STATE FARM FIRE & CASUALTY COMPANY** is incorporated in the State of Illinois with its principal place of business in Bloomington, Illinois. **STATE FARM FIRE & CASUALTY COMPANY** has no parent company and does not have any shareholders.

15.

On information and belief, Mary Combrelle is a resident of and domiciled in Harvey, Louisiana. *See Exhibit "A", p. 1*.

16.

As such, complete diversity exists and the amount in controversy exceeds sum of $75,000.00. Pursuant to 28 U.S.C. 1441 (a) this action is removal because the District Courts of the United States have original jurisdictions.

## Reservation of Rights and Defenses; Demand for Jury Trial

17.

**STATE FARM** reserves the right to supplement or amend this Notice of Removal.

18.

**STATE FARM** hereby reserves all defenses, and the filing of this Notice of Removal is subject to, and without waiver, of any and all defenses, including but not limited to, insufficiency of service of process, lack of personal jurisdiction, improper venue, lake of procedural capacity,

improper cumulation of actions, no right of action, lack of standing, prescription, preemption, res judicata, collateral estoppel, no cause of action, and the right to trial by jury.

WHEREFORE, **STATE FARM** respectfully requests that this case proceed before this Court as an action properly removed.

    Respectfully submitted,

    STOCKWELL, SIEVERT, VICCELLIO,
    CLEMENTS & SHADDOCK, L.L.P.
    BY: /s Todd M. Ammons
        TODD M. AMMONS
        La. Bar Roll No. 21441
        127 W. Broad St., Ste.400
        P.O. Box 2900
        Lake Charles, LA  70602
        (337) 436-9491

## **CERTIFICATE**

**I HEREBY CERTIFY** that on October 24, 2023 a true and correct copy of the above and foregoing **NOTICE OF REMOVAL** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record participating in CM/ECF by operation of the court's electronic filing system.

/s Todd M. Ammons
TODD M. AMMONS